THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GUSTAVE SHAPIRO, Appellant.

Argued January 16, 1942; decided March 5, 1942.

*Jacob W. Friedman* for appellant.

*Frank S. Hogan, District Attorney (Stanley H. Fuld* and *Eugene A. Leiman* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.